# Exhibit "B"



# Exterior BPO

**1000 Noble Energy Drive**
**Suite 300**
**Canonsburg,Pa 15317**

| Property Address: | | | 362 Deauville Blvd, COPIAGUE, NY 11726 | | | |
|---|---|---|---|---|---|---|
| Borrower | | Starzec | Inspection Date | 9/29/2023 | Effective Date | 9/30/2023 |
| APN | | ███████ | Loan # | | Order ID | ████████ |
| Company | | Long Island Horse Properties | | Name | | Matty Daw |
| Phone | | 631-979-2965 | Fax | 631-724-6611 | Email | dawbpo@gmail.com |
| Address | | 19 W Main St SMITHTOWN NY 11787 | | Distance from the Subject | | 5 Miles |

## I. General Conditions

| | |
|---|---|
| Property Type | SFR |
| Occupancy | Owner |
| Type of Ownership | Fee Simple |
| # Of Units | 1 |
| Data Source | Tax Records |
| Property Condition | Average |
| HOA | No |
| HOA Fees | $ |
| HOA Assoc. Name | |
| Land Value | $38000 |
| Assessed Value | $399000 |
| Annual Property Tax | $13871 |
| Annual Appreciation | $5,000 |
| Phone | |
| Fees Include | |
| Monthly Rental Value | $5000 |



### Subject Description

Subject is located in a suburban location, on a residential block. Based on exterior observation the subject appears to be in average condition. There was no mailbox number. Address was verified by surrounding house numbers.

### Repairs

| Category | Cost | | Category | Cost |
|---|---|---|---|---|
| Exterior Paint | $0 | | Foundation | $0 |
| Siding / Trim Repair | $0 | | Fencing | $0 |
| Exterior Doors | $0 | | Landscaping | $0 |
| Windows | $0 | | Pool | $0 |
| Garage | $0 | | Other | $0 |
| Roof / Gutters | $0 | | Other | $0 |
| Fire Damage | $0 | | Other | $0 |
| Total Estimated Exterior Repairs | | $0 | | |

### Subject Condition and Repair Comments

Based on exterior observation, subject property is in Average condition, No immediate repair or modernization required.

## II. Subject Sales and Listing History

| Currently Listed? | No | By: | | // | |
|---|---|---|---|---|---|
| **List Date** | **Orig List Price** | | **Current List Price** | **MLS#** | |
| | $0 | | $0 | | |

| Prior History (36 Month) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Original List Price | Original List Date | DOM | Date Listed | Date Sold | List Price | Sale Price | Notes |
| 0 | | | | | $ | $ | |
| 0 | | | | | $ | $ | |
| 0 | | | | | $ | $ | |

| Analysis of Current and Prior Listing History: |
|---|
| None noted |

## III. Neighborhood Market Data

| Location | Suburban | Local Economy is | | Stable | Housing Supply is | | In Balance |
|---|---|---|---|---|---|---|---|
| Number of Lisiting is | | Stable | | Normal Marketing Time | | Under 3 Months | |

| | |
|---|---|
| Total # of Active Listings in the subject's specific MLS district | 15 |
| Total # of Sales in the subject's specific MLS district in the past 12 months | 12 |
| # of REO Sales in the subject's specific MLS district in the past 12 months | 2 |
| # of Boarded Properties on Subject Street | 0 |
| # of Rentals on the market in the subject's specific MLS district | 5 |
| Predominant Occupancy | Owner |

| Market for this type of property | Remained Stable | |
|---|---|---|
| Market for this type of property REO% | 2 | |
| Market for this type of property Short Sale % | 2 | |
| Range of Value is this area: | Low: $500000 | High: $700,000 |
| Pride of Ownership | Average | |
| Does agent feel there will be a Resale Problem? | No | |
| Reason there will be a Resale Problem: | None | |
| Do any environmental issues affect the value of the property? | | |

| Neighborhood Comments |
|---|
| Neighborhood appears to be in Average when compared to other similar communities in the area. All necessary amenities and public transportation are located within close proximity to the subject. There were no functional or economic obsolescence observed. |

## IV. Marketing Strategy

| Value | | 90-120 Day Value | Repaired Value | 30 Day Value |
|---|---|---|---|---|
| | Suggested List Price | $665,000 | $665,000 | $637,000 |
| | Probable Sales Price | $640,000 | $640,000 | $635,000 |

| Comments Regarding Pricing Strategy |
|---|
| Subject details are taken from tax record. Subject bed/ bath count is taken from MLS. The choice of comparable has been made in terms of proximity to the subject and appears to be the best available at this moment. The utilized comparable are as similar in GLA, style and age as possible. It was necessary to exceed the proximity to the subject guideline of 2 mile, GLA, year built, style, bed/bath count and lot size in an effort to use the best available comparable from within the subject's market area. To maximize the accuracy of initial valuation, I have elected to increase the time span of closed sales past the favorable 6-month window to find comparable that required the fewest net adjustment. Due to limited sold comps in the area, it was necessary to use inferior gla comps in the report. Due to limited comps in the area, sold comp were used despite not bracketing the GLA as they are still considered to be reliable comparable. Due to limited comps in the area, list comp were used despite not bracketing the value built as they are still considered to be reliable comparable. Comparable S1 received multiple offers which resulted in an increased final sale price relative to list price. Due to limited comps in the area, 2 sales with contract dates within 120 days of the effective date of the report could not be provided. The value and marketability will not be affected with the subject being located near main road and commercial building. Sale #1 and List #3 held the most weight in the final analysis. There was no mailbox number. Address was verified by surrounding house numbers. |

| Unique Property Conditions |
|---|

*The attached Broker Price Opinion (BPO) has been completed outside of The Uniform Standards of Professional Appraisal Practice (USPAP). The BPO is an evaluation tool and is not considered an appraisal of the market value of the property - it is an opinion of the probable sales price. SingleSource completes BPO requests for property listing, REO analysis, loan due diligence, modifications, etc to aid our servicing customers. SingleSource BPO reports are not eligible or appropriate for loan origination purposes.*

## V. Current Listings

| Listing Comparables | | Subject | Listing #1 | Listing #2 | Listing #3 |
|---|---|---|---|---|---|
| | | | | | |
| | Street Address | 362 Deauville Blvd | 426 51St St | 14 Lincoln Ct | 60 Verazzano Ave |
| | City | COPIAGUE | Lindenhurst | Copiague | Copiague |
| | State | NY | NY | NY | NY |
| | Zip Code | 11726 | 11757 | 11726 | 11726 |
| | Miles to Subject | | 1.82 | 0.71 | 0.47 |
| | Community Name | COPIAGUE | COPIAGUE | Copiague | Copiague |
| | Data Source | Tax Records | MLS | MLS | MLS |
| | MLS Number | | 3446617 | 3500801 | 3454857 |
| | Original List Date | | 12/4/2022 | 8/29/2023 | 1/26/2023 |
| | Original List Price | 0 | 640,000 | 679,999 | 699,999 |
| | Current List Price | 0 | 640,000 | 679,999 | 699,999 |
| | Listing Type | Arms Length | Arms Length | Arms Length | Arms Length |
| | Days On Market | | 299 | 22 | 146 |
| | Year Built | 1973 | 1953 | 1963 | 1929 |
| | Condition | Average | Average | Average | Average |
| | View | Residential | Residential | Residential | Residential |
| | Style/Design | Colonial | Colonial | Colonial | Colonial |
| | # of Units | 1 | 1 | 1 | 1 |
| | Gross Living Area | 3,027 | 2,454 | 2,850 | 3,409 |
| | Bedrooms | 6 | 6 | 4 | 6 |
| | Baths/Half Baths | 4 \| 0 | 2 \| 0 | 3 \| 0 | 3 \| 0 |
| | Basement | Yes | Yes | Yes | Yes |
| | Basement Finished | Partial/Finished | Partial/Finished | Partial/Finished | Partial/Finished |
| | Total Room # | 16 | 11 | 10 | 16 |
| | Garage/Carport | 1 Attached | 0 On Street | 0 On Street | 4 Attached |
| | Lot Size | 0.23 Acres | 0.17 Acres | 0.27 Acres | 0.17 Acres |
| | Other | None | None | None | None |

| | Comments on Listing Comparables |
|---|---|
| Listing # 1 | Perfect for a large family, this elegant, 2,454 sq ft home in quiet Lindenhurst, NY is a spacious dwelling that will certainly impress. With its 6 bedrooms and 4 bathrooms, this home provides ample space and functionality. The first floor features a modern, eat-in kitchen that flows into a living room adorned with high ceilings. A formal dining area, office or den, and two bedrooms also occupy this level, providing an inviting and versatile space. The second floor boasts an additional 4 bedrooms, including a master suite complete with its own bathroom. A second bathroom on this floor adds extra convenience. Outdoors, a sizable backyard lends itself to relaxation or entertainment, ensuring this home is fitting for all occasions. With the serenity of its location and the comfort of its interior, this property will undoubtedly be off the market rapidly, so act quickly Adjustments:,Bath:$6000,GLA:$11460,Age:$400,Garage:$3000,Total Adjustment:$20860,Net Adjustment Value:$660860 |
| Listing # 2 | Welcome to a stunning 4-bedroom, 3-bathroom Colonial residence nestled in the charming heart of Copiague. This exquisite home presents an array of thoughtful features designed to elevate your living experience. As you step inside, you'll be greeted by a spacious living room that radiates warmth and comfort. The adjacent formal dining room sets the stage for intimate gatherings and memorable meals, while the generously proportioned eat-in kitchen, complete with a full bath, becomes the heart of the home on the first level. Ascending to the second level, you'll discover three expansive bedrooms, each offering ample space for relaxation or productivity. An additional full bath accommodates the needs of the upper level, providing convenience and functionality. The pi?ce de r?sistance of this level is the master bedroom, which boasts an en-suite bathroom and a walk-in closet, providing a private retreat within the home. A full unfinished basement awaits your creative vision, offering a canvas for customization that can cater to your specific needs. Possible accessory apartment with proper permits. The exterior of the home is equally captivating, with a spacious yard that features a charming patio-a perfect setting for hosting gatherings and making cherished memories. The allure of this property extends beyond its borders, as it enjoys proximity to town parks, inviting beaches, vibrant shops, efficient transportation options, and an array of local amenities. Welcome to a home where elegance meets functionality, and where every detail has been carefully crafted to enrich your lifestyle. This is more than just a house; it's an invitation to embrace the best that Copiague has to offer. Don't miss the opportunity to make this remarkable residence your very own. Adjustments:,Bed:$10000,Bath:$3000,GLA:$3540,Garage:$3000,Total Adjustment:$19540,Net Adjustment Value:$699539 |

## VI. Recent Sales

| | | Subject | Sale #1 | Sale #2 | Sale #3 |
|---|---|---|---|---|---|
| Sale Comparables | Street Address | 362 Deauville Blvd | 137 W Belle Terre Ave | 200 East Dr | 35 Leroy Pl |
| | City | COPIAGUE | Lindenhurst | Copiague | Copiague |
| | State | NY | NY | NY | NY |
| | Zip Code | 11726 | 11757 | 11726 | 11726 |
| | Miles to Subject | | 1.19 | 1.31 | 0.78 |
| | Community Name | COPIAGUE | Lindenhurst | Copiague | Copiague |
| | Data Source | Tax Records | MLS | MLS | MLS |
| | MLS Number | | 3482430 | 3384817 | 3463306 |
| | Original List Price | $0 | $619000 | $799000 | $675500 |
| | Original List Date | | 6/2/2023 | 3/21/2022 | 3/9/2023 |
| | List Price at Sale | $0 | $599,000 | $699,000 | $675,500 |
| | Sale Price | $0 | $625,000 | $645,000 | $670,000 |
| | Closing Date | | 9/5/2023 | 10/25/2022 | 6/29/2023 |
| | Type of Financing | Conv | Conv | Conv | Conv |
| | Type of Sale | | Arms Length | Arms Length | Arms Length |
| | Days On Market | | 95 | 218 | 112 |
| | Year Built | 1973 | 2008 | 1980 | 1958 |
| | Condition | Average | Average | Average | Average |
| | View | Residential | Residential | Waterfront | Residential |
| | Style/Design | Colonial | Colonial | Colonial | Colonial |
| | # of Units | 1 | 1 | 1 | 1 |
| | Gross Living Area | 3,027 | 2,790 | 2,752 | 2,429 |
| | Bedrooms | 6 | 5 | 5 | 6 |
| | Baths/Half Baths | 4 \| 0 | 3 \| 0 | 2 \| 0 | 2 \| 0 |
| | Basement | Yes | No | No | Yes |
| | Basement Finished | Partial/Finished | Slab | Slab | |
| | Total Room # | 16 | 16 | 8 | 9 |
| | Garage/Carport | 1 Attached | 2 Attached | 1 Detached | 0 On Street |
| | Lot Size | 0.23 Acres | 0.18 Acres | 0.22 Acres | 0.13 Acres |
| | Other | None | None | None | None |
| | Overall Adjustment | | $9,040 | $2,750 | $21,860 |
| | Adjusted Value | | $634,040 | $647,750 | $691,860 |

### Comments on Sale Comparables

| Sale # 1 | Adjustments:,Bed:$5000,Bath:$3000,GLA:$4740,Age:$-700,Garage:$-3000,Total Adjustment:9040,Net Adjustment Value:$634040 NO MLS comments. This FMV property is inferior in GLA , but superior in age to the subject. |
|---|---|
| Sale # 2 | Super Mother DaughterOR BEDROOM COLONIAL Both Kitchens & Living Rooms on 1st Floor. Both Exit To Deck OR super Colonial wide open giant kitchen, large dining room floats to living room with fire place 5 BEDROOMS 2 FULL BATHS. Boaters DreamHouse! 100 Ft Dock On a Canal Pool, Swing Set For The Kids. 4 Car Driveway ,Garage, Beautiful Sunset Backyard Faces West. Adjustments:,Bed:$5000,Bath:$6000,GLA:$5500,Pool:$-10000,View:$-3750,Total Adjustment:2750,Net Adjustment Value:$647750 |
| Sale # 3 | Beautiful Cul-De-Sac 6 bedrooms Colonial, , 2 full baths , Granite counter top. a lot of closets space, 4 heat zones , solar Panels , Water heater 40 gallons. full finished basement with outside entrance. Possible Mother/Daughter house with proper permit. Brand new Bathroom and Wood Floors . Addition to the house done 2010. Adjustments:,Bath:$6000,GLA:$11960,Age:$300,Garage:$3000,Lot:$600,Total Adjustment:21860,Net Adjustment Value:$691860 |